# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:99-CV-547-RLH (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | January 31, 2006 |
| ) | |
| JOHN C. CARPENTER, individually and ) | |
| as agent for CITIZENS UNITED FOR THE ) | |
| SOUTH CANYON ROAD, and ELKO ) | |
| COUNTY, NEVADA, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| THE WILDERNESS SOCIETY and ) | |
| GREAT OLD BROADS FOR ) | |
| WILDERNESS, ) | |
| ) | |
| Intervenors and ) | |
| Cross-claimants. ) | |
| ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  GINA MUGNAINI        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Wilderness Society and Great Old Broads for Wilderness have filed a Renewed Motion to Modify Protective Order (Doc. #239).

In view of the court's denying the Intervenors' Motion for Reconsideration and for Leave to Intervene (Doc. #253) the Renewed Motion to Modify Protective Order (Doc. #239) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
       Deputy Clerk