1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada
    BLAINE T. WELSH
3   Assistant United States Attorney
    Nevada Bar No. 4790
4   333 Las Vegas Blvd. South, Suite 5000
    Las Vegas, NV  89101
5   Ph: (702)388-6336,  Fax: (702) 388-6787
    Blaine.Welsh@usdoj.gov
6   HOLLY VANCE
    Assistant United States Attorney
7   100 W. Liberty Street, Suite 600
    Reno, NV  89501
8   Ph: (775) 784-5438,  Fax: (775) 784-5181
    Holly.A.Vance@usdoj.gov
9   DAVID GEHLERT
    Trial Attorney
10  Environmental & Natural Resources Division
    999 18th Street, South Terrace, Suite 370
11  Denver, CO   80202
    Ph: (303) 844-1386, Fax (303) 844-1350
12  David Gehlert@usdoj.gov

13  Attorneys for the United States of America

14                  UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
15
    UNITED STATES OF AMERICA,            )
16                                       )
            Plaintiff/Counter-Defendant/ )
17          Cross-Defendant,             )
                                         )
18  v.                                   )        3:99-cv-00547-RLH-RAM
                                         )
19  JOHN C. CARPENTER, et al.,           )
                                         )
20          Defendants,                  )
                                         )
21  and                                  )        **UNOPPOSED  MOTION TO**
                                         )        **EXTEND TIME TO RESPOND**
22  COUNTY OF ELKO,                      )        **TO MOTION TO DISMISS**
                                         )        **FOR MOOTNESS (#351)**
23          Defendant/Counter-Claimant,  )
                                         )
24  THE WILDERNESS SOCIETY, et al.,      )
                                         )
25          Defendants/Intervenors/Cross-Claimants. )
                                         )
26  _____ )

1    COMES NOW the United States of America and hereby moves for an extension of time

2 to respond to Elko County's Motion to Dismiss for Mootness. (# 351). The United States'

3 response to the Motion to Dismiss is due today. The United States respectfully requests a two-

4 week extension of time — until February 14, 2011 — to respond to the motion. Additional time

5 is needed because the Civil Division of the United States Attorney's Office for the District of

6 Nevada recently experienced unexpected staffing shortages; two attorneys resigned and a

7 member of the support staff suffered an injury that has kept her out of the office for several

8 weeks. Additional time is also needed to give the United States sufficient opportunity to research

9 and evaluate the issues raised in the motion.

10    Counsel for the United States has conferred with the other parties concerning this matter.

11 Counsel for Elko County and John Carpenter  have advised that they do not object to the

12 requested extension. Counsel for the Wilderness Society and The Great Old Broads For

13 Wilderness (collectively "TWS") has advised that TWS does not oppose the extension with the

14 understanding that it applies to TWS as well as to the United States. The United States certifies

15 that this motion is not submitted for the purpose of delay or for any other improper purpose. This

16 motion is supported by the attached declaration of Holly A. Vance.

17    DATED this 31st day of January, 2011.

18                                    DANIEL G. BOGDEN
                                       United States Attorney
19
                                        /s/
20                                     HOLLY A. VANCE
                                       Assistant United States Attorneys
21

22    **IT IS ORDERED THAT THE UNITED STATES AND TWS SHALL HAVE UNTIL**

23 **FEBRUARY 14, 2011 TO RESPOND TO ELKO COUNTY'S MOTION TO DISMISS.**

24

25                          UNITED STATES MAGISTRATE JUDGE

26              Dated: ____   February 1, 2011

                              2

**PROOF OF SERVICE**

I, Blaine T. Welsh, AUSA, certify that the following individuals were served with the **MOTION TO EXTEND SCHEDULING ORDER DEADLINES** on this date by the below identified method of service:

**Electronic Case Filing**

Michael S. Freeman
Earthjustice Legal Defense Fund
1400 Glenarm Place, Suite 300
Denver , Colorado 80202
303-623-9466  Fax: 303-623-8083
mfreeman@earthjustice.org

Henry Egghart
317 S. Arlington Avenue
Reno , Nevada 89501
775-329-2705   Fax: 775-852-5309
hegghart@nvbell.net

*Attorneys for Wilderness Society & Great Old Broads for Wilderness*

Gary D Woodbury & Kristin A. McQueary
Elko County District Attorney's Office
1515 7th Street
Elko, Nevada 89801
775-738-3101   Fax: 775-738-0160
gwoodbury@elkocountynv.net
kmcqueary@elkocountynv.net

*Attorneys for County of Elko*

*Grant Gerber*
*Gerber Law Offices, LLP*
*491 fourth Street*
*Elko, Nevada 89801*
*agg@gerberlegal.com*

*Attorneys for John Carpenter*

*William J Frey*
*Attorney General's Office*
*100 North Carson Street*
*Carson City, NV 89701-4717*
*775-684-1229*
*Fax: 775-684-1103*
*Email: bfrey@ag.nv.gov*

*Attorneys for the State of Nevada*

DATED this 31st day of January, 2011.

/s/ _____
BLAINE T. WELSH
HOLLY A. VANCE
Assistant United States Attorneys

3

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Ph: (702)388-6336, Fax: (702)388-6787
Blaine.Welsh@usdoj.gov
HOLLY VANCE
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, NV 89501
Ph: (775) 784-5438, Fax: (775) 784-5181
Holly.A.Vance@usdoj.gov
DAVID GEHLERT
Trial Attorney
Environmental & Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1386, Fax (303) 844-1350
David Gehlert@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                    )
                                             )
        Plaintiff/Counter-Defendant/         )
        Cross-Defendant,                     )
                                             )
v.                                           )   3:99-cv-00547-RLH-RAM
                                             )
JOHN C. CARPENTER, et al.,                   )
                                             )
        Defendants,                          )   **DECLARATION OF HOLLY A.**
                                             )   **VANCE IN SUPPORT OF**
and                                          )   **UNOPPOSED MOTION TO**
                                             )   **EXTEND TIME TO RESPOND**
COUNTY OF ELKO,                              )   **TO MOTION TO DISMISS FOR**
                                             )   **MOOTNESS (#351)**
        Defendant/Counter-Claimant,          )
                                             )
THE WILDERNESS SOCIETY, et al.,              )
                                             )
        Defendants/Intervenors/Cross-Claimants. )
_____      )

I, Holly A. Vance, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an Assistant United States Attorney with the Department of Justice, United States Attorney's Office in Reno, Nevada.  I represent the United States in *United States v. Carpenter et al.*, 99-cv-547-RLH-RAM.  With this declaration, I have filed An Unopposed Motion to Extend Time to Respond to Motion to Dismiss for Mootness in which I request an additional 14 days to respond to the Motion to Dismiss.

2.      Additional time is needed because the Civil Division of the United States Attorney's Office for the District of Nevada recently experienced unexpected staffing shortages. Two attorneys resigned and a member of the support staff suffered an injury that has kept her out of the office for several weeks.  Additional time is also needed to give the United States sufficient opportunity to research and evaluate the issues raised in the motion.

3.      Counsel for the United States has conferred with the other parties concerning this matter.  Counsel for Elko County and John Carpenter  have advised that they do not object to the requested extension.  Counsel for the Wilderness Society and The Great Old Broads For Wilderness (collectively "TWS") has advised that TWS does not oppose the extension with the understanding that it applies to TWS as well as to the United States.

4.      The United States certifies that this motion is not submitted for the purpose of delay or for any other improper purpose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of January, 2011 in Reno, Nevada.


 /s/ Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney

2