DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Ph: (702)388-6336
Fax: (702)388-6787
Blaine.Welsh@usdoj.gov
HOLLY VANCE
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Ph: (775) 784-5438
Fax: (775) 784-5181
Holly.A.Vance@usdoj.gov

IGNACIA S. MORENO
United States Department of Justice
Assistant Attorney General
DAVID W. GEHLERT
Trial Attorney
Environmental & Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1386, Fax (303) 844-1350
David.Gehlert@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) <br>     Plaintiff/Counter-Defendant/   ) <br>     Cross-Defendant,                 ) <br>                                                              ) <br> v.                                                        ) <br>                                                              ) <br> JOHN C. CARPENTER, *et al.*,        ) <br>                                                              ) <br>     Defendants,                         ) <br>                                                              ) <br> and                                                      ) <br>                                                              ) <br> COUNTY OF ELKO,                          ) <br>                                                              ) <br>     Defendant/Counter-Claimant,  ) | Case No. 3:99-cv-00547-RLH-RAM <br><br> **UNOPPOSED MOTION TO STAY** |

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*, | ) |
| | ) |
| Defendants/Intervenors/Cross-Claimants. | ) |
| | ) |

Plaintiff, the United States, hereby requests a 30-day stay of briefing. Under the current schedule Plaintiff's and Defendant-Intervernor Wilderness Society's response to Defendants' Motion to Dismiss for Mootness (Doc. 351) is due February 14, 2011. This stay would provide until March 16, 2011, for Plaintiff and the Wilderness Society to file their responses.

This stay is requested because Elko County's motion to dismiss has triggered discussions among the parties regarding the possibility of settlement and/or means for resolving this matter. This is the first stay of briefing Plaintiff has requested and Defendant Elko County and Defendant-Intervenors Wilderness Society do not oppose such a stay.

Therefore, Plaintiff requests that the Court stay briefing for 30 days, up to and including March 16, 2011. Plaintiff will further advise the Court at that point as to whether an agreement has been reached, or will file a response to Defendants' motion to dismiss for mootness. This motion is supported by the attached declaration of David W. Gehlert.

Respectfully submitted this 14th day of February 2011.

DANIEL G. BOGDEN
United States Attorney

IGNACIA S. MORENO
Assistant Attorney General

/s/David W. Gehlert
DAVID W. GEHLERT
Trial Attorney
BLAINE T. WELSH
Assistant United States Attorney
HOLLY A. VANCE
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: February 15, 2011

**PROOF OF SERVICE**

I, David W. Gehlert, certify that the following individuals were served with the **UNOPPOSED MOTION TO STAY** on this date by the below identified method of service:

**Electronic Case Filing**

Michael S. Freeman
Earthjustice Legal Defense Fund
1400 Glenarm Place, Suite 300
Denver , Colorado 80202
303-623-9466   Fax: 303-623-8083
mfreeman@earthjustice.org

Henry Egghart
317 S. Arlington Avenue
Reno , Nevada 89501
775-329-2705   Fax: 775-852-5309
hegghart@nvbell.net

*Attorneys for Wilderness Society & Great Old Broads for Wilderness*

Mark Torvinen & Kristin A. McQueary
Elko County District Attorney's Office
1515 7th Street
Elko, Nevada 89801
775-738-3101   Fax: 775-738-0160
mtorvinen@elkocountynv.net
kmcqueary@elkocountynv.net

*Attorneys for County of Elko*

Grant Gerber
Gerber Law Offices, LLP
491 fourth Street
Elko, Nevada 89801
agg@gerberlegal.com

*Attorneys for John Carpenter*

William J Frey
Attorney General's Office
100 North Carson Street
Carson City, NV 89701-4717
775-684-1229   Fax: 775-684-1103
bfrey@ag.nv.gov

*Attorneys for the State of Nevada*

DATED this 14th day of February 2011.

    /s/ David W. Gehlert
DAVID W. GEHLERT
Trial Attorney

# EXHIBIT

| | |
|---|---|
| 1 | DANIEL G. BOGDEN |
| | United States Attorney |
| 2 | District of Nevada |
| | BLAINE T. WELSH |
| 3 | Assistant United States Attorney |
| | Nevada Bar No. 4790 |
| 4 | 333 Las Vegas Blvd. South, Suite 5000 |
| | Las Vegas, Nevada 89101 |
| 5 | Ph: (702)388-6336 |
| | Fax: (702)388-6787 |
| 6 | Blaine.Welsh@usdoj.gov |
| | HOLLY VANCE |
| 7 | Assistant United States Attorney |
| | 100 W. Liberty Street, Suite 600 |
| 8 | Reno, Nevada 89501 |
| | Ph: (775) 784-5438 |
| 9 | Fax: (775) 784-5181 |
| | Holly.A.Vance@usdoj.gov |
| 10 | |
| | IGNACIA S. MORENO |
| 11 | United States Department of Justice |
| | Assistant Attorney General |
| 12 | DAVID W. GEHLERT |
| | Trial Attorney |
| 13 | Environmental & Natural Resources Division |
| | 999 18th Street, South Terrace, Suite 370 |
| 14 | Denver, CO 80202 |
| | Ph: (303) 844-1386, Fax (303) 844-1350 |
| 15 | David.Gehlert@usdoj.gov |
| 16 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff/Counter-Defendant/ | ) | |
|     Cross-Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 3:99-cv-00547-RLH-RAM |
| | ) | |
| JOHN C. CARPENTER, *et al.*, | ) | |
| | ) | |
|     Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COUNTY OF ELKO, | ) | |
| | ) | |
|     Defendant/Counter-Claimant, | ) | |

THE WILDERNESS SOCIETY, *et al.*,  )
                                                         )
      Defendants/Intervenors/Cross-Claimants.  )
_____  )

## DECLARATION OF DAVID W. GEHLERT
## IN SUPPORT OF UNOPPOSED MOTION TO STAY

I, David W. Gehlert, hereby declare as follows pursuant to 28 U.S.C § 1746:

1.     I am a trial attorney for the Department of Justice, Environment and Natural Resources Division, in Denver, Colorado. I am co-counsel representing the United States in the above-captioned matter. With this declaration I have filed an Unopposed Motion to Stay in which I requested a 30-day stay of briefing in the case.

2.     This stay has been requested so that the parties may explore a settlement proposal presented to the United States and Elko County by attorneys for the defendant-intervenor the Wilderness Society.

3.     Counsel for the United States has conferred with the other parties concerning this request of stay and none oppose.

4.     The United States certifies that this motion is not submitted for the purpose of delay or any other improper purpose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February 2011, in Denver, Colorado.

                                      IGNACIO S. MORENO
                                      Assistant Attorney General

                                      /s/David W. Gehlert
                                      DAVID W. GEHLERT
                                      Trial Attorney