Mark Torvinen, Nevada Bar # 551
Elko County District Attorney
540 Court Street, 2nd Floor
Elko, NV 89801
mtorvinen@elkocountynv.net
775) 738-3101 (phone)
(775) 738-0810 (facsimile)

Kristin A. McQueary, Nevada Bar # 4337
540 Court Street, 2nd Floor
Elko, NV 89801
kmcqueary@elkocountynv.net
(775) 738-3101 (phone)
(775) 738-0810 (facsimile)

Attorneys for Defendant Elko County

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Counter-Defendant<br><br>vs.<br><br>JOHN C. CARPENTER<br><br>Defendant,<br><br>GRANT GERBER; O.Q. JOHNSON,<br><br>Defendants,<br><br>And<br><br>COUNTY OF ELKO,<br><br>Defendant<br><br>THE WILDERNESS SOCIETY; GREAT OLD BROADS FOR THE WILDERNESS,<br>Intervenors and Cross-claimants.<br><br>                    Defendant. | 3:99-cv-547-RLH-RAM<br><br><br><br><u>UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY</u> |

DA#01981

-1-

COMES NOW, Defendant County of Elko, by and through its attorneys, MARK TORVINEN, District Attorney for the County of Elko, and KRISTIN A. MCQUEARY, Elko County Chief Civil Deputy District Attorney, hereby moves to extend motion to extend deadline to file reply in this case until Tuesday, July 12, 2011. (Docket NO. 351).  The Deadline is currently July 6, 2011.  Elko County is unable to complete its Reply due to its computer system not working, see attached.  (Exhibit A Email).

Elko County informed Courtroom Administrator, Jennifer Cotter of the technical difficulties yesterday by telephone.

Civil Division Caseworker Juliana Fisherman recreated the form in order to file this Motion to Continue.

Based on the foregoing, Elko County respectfully requests that this Court extend the deadline in the Scheduling Order on Elko County's Reply to Motion to Dismiss for Mootness. Counsel for The Wilderness Society and The Great Old Broads For Wilderness (collectively "TWS"), and United States have graciously advised that they do not object to the requested extension of time.

Dated this 6th day of July, 2011.

          MARK TORVINEN
          Elko County District Attorney

By:   _/S/ KRISTIN A. MCQUEARY_____
       KRISTIN A. MCQUEARY
       Chief Civil Deputy District Attorney
       State Bar No. 4337

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

-2-

**DATED:  July 7, 2011**

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2011, a true and correct copy of the foregoing UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY was filed via the Court's ECF system, with notification sent to the following:

| | |
|---|---|
| Michael S. Freeman<br>Attorney At Law<br>1400 Glenarm Pl., # 300<br>Denver, CO   80202 | Henry Egghart<br>Attorney at Law<br>317 S. Arlington Avenue<br>Reno, NV 89501 |
| Blaine Welsh<br>Office of U.S. Attorney – Las Vegas<br>333 Las Vegas, NV 89101<br>Blaine.Welsh@usdoj.gov | Grant Gerber<br>Gerber Law Offices, LLP<br>491 Fourth Street<br>Elko, NV 89801<br>agg@gerberlegal.com |
| Holly A. Vance<br>Assistant United States Attorney<br>100 W. Liberty Street, Suite 600<br>Reno, NV  89501 | Demar Dahl<br>Starr Valley<br>Deeth, NV 89823 |

David W. Gehlert
Trial Attorney
Environmental & Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
David.Gehlert@usdoj.gov

                 _/S/JULIANA FISHERMAN_____
                 JULIANA FISHERMAN
                 CASEWORKER

DA#01981

# EXHIBIT A

**From:** Gehlert, David (ENRD) [mailto:David.Gehlert@usdoj.gov]
**Sent:** Tuesday, July 05, 2011 1:13 PM
**To:** Michael Freeman; Kristin McQueary; Vance, Holly A. (USANV); gwoodberry
**Subject:** RE: Jarbidge South Canyon Road, --FW: Document Management Services (GENERATING)

As does the US.

**From:** Michael Freeman [mailto:mfreeman@earthjustice.org]
**Sent:** Tuesday, July 05, 2011 2:13 PM
**To:** 'Kristin McQueary'; Gehlert, David (ENRD); Vance, Holly A. (USANV); gwoodberry
**Subject:** RE: Jarbidge South Canyon Road, --FW: Document Management Services (GENERATING)

That's fine – we understand.

**From:** Kristin McQueary [mailto:kmcqueary@elkocountynv.net]
**Sent:** Tuesday, July 05, 2011 2:04 PM
**To:** Gehlert, David (ENRD); Vance, Holly A. (USANV); gwoodberry; Michael Freeman
**Subject:** RE: Jarbidge South Canyon Road, --FW: Document Management Services (GENERATING)

Counsel,

It struck me that I don't have a way to generate a motion to continue either.  If it is okay with all of you, I will call the Court Clerk.

Thanks,
Kristin

**From:** Gehlert, David (ENRD) [mailto:David.Gehlert@usdoj.gov]
**Sent:** Tuesday, July 05, 2011 12:10 PM
**To:** Michael Freeman; Kristin McQueary; Vance, Holly A. (USANV); Welsh, Blaine (USANV); gwoodberry
**Subject:** RE: Jarbidge South Canyon Road, --FW: Document Management Services (GENERATING)

Kristin, the United States also does not oppose.  Dave

**From:** Michael Freeman [mailto:mfreeman@earthjustice.org]
**Sent:** Tuesday, July 05, 2011 12:57 PM
**To:** 'Kristin McQueary'; Vance, Holly A. (USANV); Gehlert, David (ENRD); Welsh, Blaine (USANV); gwoodberry
**Subject:** RE: Jarbidge South Canyon Road, --FW: Document Management Services (GENERATING)

Kristin – we do not oppose.

**From:** Kristin McQueary [mailto:kmcqueary@elkocountynv.net]
**Sent:** Tuesday, July 05, 2011 12:32 PM
**To:** Vance, Holly A. (USANV); Gehlert, David (ENRD); Welsh, Blaine (USANV); gwoodberry; Michael Freeman
**Subject:** Jarbidge South Canyon Road, --FW: Document Management Services (GENERATING)

Dear Counsel,

I would like to request a brief extension in which to file my reply to your responses. Our case management system is not generating documents at this time. See the emails below.  At this time, we don't know when it will be fixed.  As my secretary will be gone on medical leave Thursday and Friday, I would like to request an extension until next Tuesday, July 12.

Thank you,
Kristin

DA#01981

-5-

**From:** Karen Cracraft
**Sent:** Tuesday, July 05, 2011 11:15 AM
**To:** Chad Thompson; David Buchler; Jennifer Spencer; Kristin McQueary; Mark Mills; Mark Torvinen; Robert Lowe; Tyler Ingram; Darla Malotte; Georgeann Dalton; Georgia Jordan; JoAnne Lickly; Judith Dewitt; Julie Algerio; Kurri Darby; Liz Watson; Lorena Romero; Mercedes Woster; Tanya Yell
**Subject:** FW: Document Management Services (GENERATING)

   FYI – Per Harry, we will NOT be generating until this is fixed.  If you have a form that you need copied into the DADATA/FORMS file to use, let me know and I will do so.  Also, I will put a copy of the subpoena shell and the disco receipt in DADATA/FORMS for your immediate use.  Please add in ticklers to copy the work you do back into screen 12 of JALAN (or, in the case of the attorneys, let your caseworker know).  Please save your work in DADATA/DEF (name it the DA number with a descriptive extension such as "12345.mtn" for a motion in DA file number 12345 or "12345.dsc" for a disco receipt. .

*Karen Cracraft*
Administrative Caseworker
Elko County District Attorney's Office
kcracraft@elkocountynv.net
775-738-3101 x250

**From:** Harry Jackson
**Sent:** Tuesday, July 05, 2011 11:02 AM
**To:** Karen Cracraft
**Subject:** Document Management Services (GENERATING)

   After upgrading the AS/400 to a newer version of Operating System – We are currently experiencing problems starting the older version of Document Management Services for the DA's office.  I have submitted a ticket to Sungard Public Sector to see if there is an easy way to resolve the problem.

   We're hoping that this is merely a permissions issue (there have been a few of those already) and not an incompatibility between the DMS version and the Operating System.  If the problem is the latter – we may be forced to upgrade the DA's office to the current version of DMS in order to make it work.  This would require a significant amount of archived documents that would need to be converted to a newer version of Microsoft Word.

   I requested a high level of urgency from Sungard in this matter as I know that this is a critical process for your office.

   Thanks,

Harry Berestful Jackson, Jr.
Director of Information Technology
Elko County
540 Court St.
Elko, NV  89801
E-Mail: hjackson@elkocountynv.net
Phone: 775-738-4038
Cell:  775-340-5557

DA#01981