UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>JOHN C. CARPENTER, et al.,<br><br>    Defendants,<br>and<br>COUNTY OF ELKO,<br><br>    Defendant/Counter-Claimant,<br>THE WILDERNESS SOCIETY, et al.,<br><br>    Defendants/Intervenors/Cross-Claimants. | Case No. 3:99-cv-00547-MMD-WGC<br><br>ORDER<br><br>RE EVIDENTIARY HEARING |

After hearing from the parties, the Court granted Elko County's request for an evidentiary hearing on the issue of whether Elko County can establish a right-of-way under Revised Statute 2477. The Court finds that such a hearing is appropriate as part of the Court's review of the proposed consent decree, particularly in light of the heightened clear and convincing burden of proof required of Elko County.[1] The Court agrees with TWS that an evidentiary hearing on its cross-claims is not appropriate because review of TWS's cross-claims under the Administrative Procedure Act, 5 U.S.C. § 702, is limited to the administrative records.

---

[1] The Court agrees with the United States and TWS that Elko County must establish its claimed right-of-way under Revised Statute 2477 by clear and convincing evidence. (Dkt. no. 507.)

1  The Court has ordered the parties to confer and file a joint pre-hearing statement.
2  The parties are directed to include their respective list of witnesses and documents in
3  the statement. After further consideration, the Court finds that a set of proposed findings
4  of fact and conclusions of law would provide a road map for the Court during the
5  evidentiary hearing. Therefore, the parties are directed to include joint proposed findings
6  of fact and conclusions of law in the pre-hearing statement. The Court will set a briefing
7  schedule for post-hearing briefs at the evidentiary hearing's conclusion.

8  The joint pre-hearing statement is due on September 29, 2014. The parties must
9  raise any issues that must be resolved by the time of the evidentiary hearing in a motion
10 filed on the same date.

12  DATED THIS 18th day of August 2014.

14  MIRANDA M. DU
    UNITED STATES DISTRICT JUDGE