# UNITED STATES DISTRICT COURT

\*\*\*\*  DISTRICT OF   NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN C. CARPENTER, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:99-cv-00547-MMD-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that TWS's motion for summary judgment (ECF No. 605) is granted. Judgment is entered in favor of TWS on its cross-claims and against Elko County on its Quiet Title Act claim.

September 26, 2017

    **DEBRA K. KEMPI**
    Clerk

    /s/ K. Rusin
    Deputy Clerk