Michael S. Freeman, Colo. Bar # 30007
Michael A. Hiatt, Colo. Bar # 41178
Yuting Chi, Colo. Bar # 53330
mfreeman@earthjustice.org
mhiatt@earthjustice.org
ychi@earthjustice.org
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO  80202
(303) 623-9466 (phone)
(303) 623-8083 (facsimile)

Henry Egghart, Nev. Bar #3401
226 Hill Street
Reno, Nevada 89501
(775) 329-2705 (phone)
(775) 324-4362 (facsimile)

Attorneys for Intervenors and Cross-claimants

# UNITED STATE DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN C., CARPENTER, and ELKO COUNTY, NEVADA, et al.,<br><br>Defendants,<br><br>THE WILDERNESS SOCIETY and GREAT OLD BROADS FOR WILDERNESS,<br><br>Intervenors and Cross-claimants. | 3:99-CV-00547-MMD-(WGC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL BY YUTING CHI** |

Pursuant to L.R. 10-6(b), notice is hereby given that Yuting Chi is no longer a counsel of record for Defendant-Intervenors and Cross-Claimants The Wilderness Society and Great Old

Broads for Wilderness, in the above-captioned case, and should be removed from the service and ECF list. Ms. Chi will be leaving Earthjustice and Mr. Freeman and Mr. Hiatt of Earthjustice remain counsel of record for Defendant-Intervenor and Cross-Claimants in this case. Ms. Chi's withdrawal will in no way delay the proceedings in the above-captioned case. Ms. Chi has notified her clients and opposing counsel of this request.

All notices and copies of pleadings, papers and other material relevant to this action should continue to be directed to and served upon:

>Michael S. Freeman
>Michael A. Hiatt
>Earthjustice
>633 17th Street, Suite 1600
>Denver, CO 80202
>mfreeman@earthjustice.org
>mhiatt@earthjustice.org

Respectfully submitted August 26th, 2019.

>/s/ Yuting Chi
>Yuting Chi, Colo. Bar # 53330
>Michael S. Freeman
>Michael A. Hiatt
>Earthjustice
>633 17th Street, Suite 1600
>Denver, CO 80202
>(303) 623-9466 (phone)
>(303) 623-8083 (facsimile)
>ychi@earthjustice.org
>mfreeman@earthjustice.org
>mhiatt@earthjustice.org
>
>*Attorneys for The Wilderness Society and Great Old Broads For Wilderness*

IT IS SO ORDERED:

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED: August 27, 2019